# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT
_____

## No. 99-31012
_____

## CYNTHIA FARQUE

Plaintiff - Appellant,

versus

## METROPOLITAN LIFE INSURANCE COMPANY

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana
(6:99-CV-601)

_____

## December 8, 2000

Before BARKSDALE, EMILIO M. GARZA and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Circuit Rule 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.